Donaldson (to use, Appellant) *v.* Bielski.

Argued January 8, 1941.   Before SCHAFFER, C. J., MAXEY, DREW, LINN, STERN and PATTERSON, JJ.

*William S. Doty,* with him *Thomas A. Thornton,* of *Doty & Thornton* and *Louis Vaira,* for appellant.

*John A. Metz,* with him *C. Joseph Recht,* for appellee.

PER CURIAM, January 31, 1941:
The judgment of the Superior Court is affirmed.